# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147158

TODD F. FUHR,
          Plaintiff-Appellee,

v

                            SC: 147158
                            COA: 309877
TRINITY HEALTH CORPORATION and     Kent CC: 10-011075-CD
TRINITY HEALTH-MICHIGAN, d/b/a
SAINT MARY'S HEALTH CARE,
          Defendants-Appellants.

_____/

     On order of the Court, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the March 30, 2012 order of the Kent Circuit Court granting summary disposition to the defendants.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



                                       Clerk

s0925